UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

REGINALD SWEET,

Petitioner,

v.

WARDEN FENEIS,

Respondent.

Civil No. 00-2460 (JRT/SRN)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY WRIT SHOULD NOT BE GRANTED**

Petitioner has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, claiming that he is being confined by the State of Minnesota in violation of his rights under the United States Constitution.

Respondent is directed to make a return in writing within 20 days from the date of this order, certifying the true cause and propriety of Petitioner's confinement, and showing cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's confinement;

2. A reasoned memorandum of law and fact explaining why Respondent believes the writ should not be granted, and setting forth Respondent's recommendation as to whether an evidentiary hearing should be conducted in this matter;

3. A certified copy of such of the following as may be material to the issues raised by the petition: the Indictment, the plea, the judgment, the trial record, or, if the petitioner pleaded guilty, a transcript of the proceedings at which he pleaded guilty, as well as any

FILED NOV 09 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

other written materials that may be germane to the issues presented in the petition.

Respondent's return also should specifically address the issue of whether all of Petitioner's current claims for relief have been fairly presented to, and decided on the merits by, the highest possible State court, and if not, whether there are any state court remedies still available for any such claims that have not been so presented and decided.

Absent compliance with this order within the 20-day time period, the Court will entertain a motion to grant the relief prayed for in the petition.

IT IS FURTHER ORDERED that upon the filing of Respondent's return, the parties shall await the further order of this Court.

Dated: November 9, 2000

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge